| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 6 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 5/28/08 10:01:02-10:07:15 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>5/28/08 | NEW CASE ☐ | CASE NUMBER<br>4-08-70295-WDB |

### APPEARANCES

| DEFENDANT<br>OSCAR RAMOS VASQUEZ | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Seth Chazin (provisionally apptd.) | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Keslie Stewart | | INTERPRETER<br>Haydee Claus (Spanish Int.) | | ☒ FIN. AFFT<br>NOT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Paul Mamaril | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>5 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING<br>1 Min HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED MAY 2 8 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED  ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/13/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: PRELIM. HRG. | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

In light of the deft's ICE detainer, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. -- if & when he believes it's on his best interest to put his Detention Hrg. back on calendar later. Request for discovery was made by the deft's atty. to the govt's atty. The deft's atty. will explore the possibility of pre-indictment disposition of this case with the govt's atty.
cc: WDB's Stats, Pretrial Svcs.

DOCUMENT NUMBER: