JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>OSCAR RAMOS VAZQUEZ, )<br>)<br>    Defendant. )<br>)<br>_____ ) | No. 4-08-70295 WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING PRELIMINARY<br>HEARING DATE FOR DEFENDANT<br>OSCAR RAMOS VAZQUEZ TO JUNE 19,<br>2008 at 10:00 a.m. |

      With the agreement of the parties, and with the consent of the defendant, the Court enters

this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

preliminary hearing date for Defendant Oscar Ramos Vazqez to June 19, 2008 at 10:00 a.m.

before the Honorable Wayne D. Brazil.  Counsel for the defendant believes that postponing the

preliminary hearing is in his client's best interest and that it is not in his client's best interest for

the United States to present an indictment before the June 13, 2008 preliminary hearing date.

/ / /

/ / /

/ / /

4-08-70295 WDB

1    The Court finds that, taking into the account the public interest in the prompt disposition

2   of criminal cases, these grounds are good cause for extending the time limits for a preliminary

3   hearing under Federal Rule of Criminal Procedure 5.1.

4

5   STIPULATED:

6

7   DATED:   6/10/2008                        _____/s/_____

8                                            SETH CHAZIN
                                             Attorney for Defendant

9

10  DATED:   6/10/2008                        _____/s/_____

11                                           KESLIE STEWART
                                             Assistant United States Attorney

12

13  IT IS SO ORDERED.

14

15  DATED:_____                    _____

16                                           WAYNE D. BRAZIL
                                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28