JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>  v. )<br>OSCAR RAMOS VAZQUEZ, )<br>      Defendant. )<br>_____ ) | No. 4-08-70295 WDB<br><br>STIPULATION AND ORDER EXTENDING PRELIMINARY HEARING DATE FOR DEFENDANT OSCAR RAMOS VAZQUEZ TO JUNE 19, 2008 at 10:00 a.m. |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Oscar Ramos Vazqez to June 19, 2008 at 10:00 a.m. before the Honorable Wayne D. Brazil.  Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest and that it is not in his client's best interest for the United States to present an indictment before the June 13, 2008 preliminary hearing date.

/ / /

/ / /

/ / /

4-08-70295 WDB

1  The Court finds that, taking into the account the public interest in the prompt disposition
2  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
3  hearing under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED:   6/10/2008                              /s/
                                        SETH CHAZIN
                                        Attorney for Defendant


DATED:   6/10/2008                              /s/
                                        KESLIE STEWART
                                        Assistant United States Attorney


IT IS SO ORDERED.

DATED: 6/13/08        _____
                                        WAYNE D. BRAZIL
                                        United States Magistrate Judge